BEFORE THE THIRD DIVISION, MARCH 24, 1959

No. 62879.—Browne Vintners Co., Inc. v. United States, protests 127179–K, 127180–K, and 127182–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 62880.—International Expediters, Inc., et al. v. United States, protests 160709–K/2791, etc. (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a) ; and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

No. 62881.—John Edgar Staren v. United States, protests 224310–K, etc. (Nogales).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 62882.—Joseph H. Brown & Son v. United States, protests 316187–K, 321569–K, and 322636–K (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62883.**—Joseph H. Brown & Son *v.* United States, protests 325898–K, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1 C.A.D. 686), the claim of the plaintiff was sustained.

**No. 62884.**—Clarence S. Holmes *v.* United States, protests 233271–K and 237028–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 62885.**—Leslie B. Canion *v.* United States, protest 58/702 (Galveston).

Opinion by DONLON, J. The protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, MARCH 26, 1959

**No. 62886.**—M. Pressner & Co. *v.* United States, protest 58/8467 (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise represented by item 3–7720–9 consists of celluloid reindeer the same in all material respects as those the subject of Abstract 55793, the claim of the plaintiff was sustained.

**No. 62887.**—Frank P. Dow Co., Inc. *v.* United States, protest 58/16159 (San Francisco).